**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNPOWER CORPORATION, *et al.*[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 24-11649 (CTG)<br><br>(Jointly Administered) |
| Mark Roberts, solely in his capacity as Plan Administrator of the Debtor's wind-down estate,<br><br>           Plaintiff,<br><br>vs.<br><br>LTL LED, LLC dba Wolf River Electric,<br><br>           Defendant. | Adv. Pro. No. 25-52479 (CTG) |

**CERTIFICATION OF COUNSEL REGARDING
<u>STIPULATED SCHEDULING ORDER</u>**

The undersigned hereby certifies as follows:

1. On December 29, 2025, Mark Roberts, solely in his capacity as plan administrator ("<u>Plaintiff</u>") initiated the above-captioned adversary proceeding (the "<u>Adversary Proceeding</u>") against LTL LED, LLC dba Wolf River Electric by filing the *Complaint* [Adv. D.I. 1] in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

---

[1] The Wind-Down Debtor in this chapter 11 case, along with the last four digits of the Wind-Down Debtor's federal tax identification number, is SunPower Corporation (8969). On February 18, 2025, the Court entered an order closing the chapter 11 cases of SunPower's debtor affiliates (collectively, the "<u>Closing Debtors</u>"). The Closing Debtors, along with the last four digits of the Closing Debtors' federal tax identification numbers, are: SunPower Corporation, Systems (8962); SunPower Capital, LLC (8450); SunPower Capital Services, LLC (9910); SunPower HoldCo, LLC (0454); SunPower North America, LLC (0194); Blue Raven Solar, LLC (3692); Blue Raven Solar Holdings, LLC (4577); BRS Field Ops, LLC (2370); and Falcon Acquisition HoldCo, Inc. (3335). The location of the Wind-Down Debtor's service address for purposes of this chapter 11 case is: 655 15th Street, NW, Suite 600, Washington, DC 20005, Attn: Mark Roberts, in his capacity as the Plan Administrator.

2. In advance and contemplation of a pre-trial conference scheduled in the Adversary Proceeding on February 9, 2026 starting at 3:00 p.m. (Eastern Standard Time), Plaintiff and LTL LED, LLC dba Wolf River Electric ("Defendant" and together with Plaintiff, the "Parties") have conferred and, subject to Court approval, agreed to form of scheduling order (the "Scheduling Order") providing for a schedule to govern the judicial disposition of the Adversary Proceeding. A copy of the Scheduling Order, which is agreed among the Parties, is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: February 6, 2026
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason M. Madron*
Kevin Gross (DE Bar No. 209)
Mark D. Collins (DE Bar No. 2981)
Jason M. Madron (DE Bar No. 4431)
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: gross@rlf.com
       collins@rlf.com
       madron@rlf.com

-and-

**ASK LLP**
Nicholas C. Brown (admitted *pro hac vice*)
2600 Eagan Woods Drive, Ste. 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
Email: nbrown@askllp.com

*Counsel to the Plan Administrator*